JS-6

BLANK ROME LLP
Glen A. Rothstein (SBN 181009)
Rothstein@blankrome.com
Peter F. Jazayeri (SBN 199626)
Jazayeri@blankrome.com
1925 Century Park East, Suite 1900
Los Angeles, California 90067
Telephone: (424) 239-3400
Facsimile: (424) 239-3434

BLANK ROME LLP
James T. Smith (*Pro Hac Vice*)
Smith-jt@blankrome.com
Judd A. Serotta (*Pro Hac Vice*)
serotta@blankrome.com
One Logan Square
Philadelphia, PA  19103
Telephone:  (215) 569-5500
Facsimile:   (215) 569-5555

Attorneys for Plaintiff
SERGE KRAIF

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERGE KRAIF,<br><br>                     Plaintiff,<br><br>v.<br><br>HUBERT GUEZ, et al.,<br><br>                     Defendants.<br><br>  AND RELATED COUNTERCLAIMS. | CASE NO. CV10-3731-VBF (FMOx)<br><br>(Assigned to Hon. Valerie Baker Fairbank)<br><br>**ORDER OF  DISMISSAL OF COMPLAINT AND COUNTERCLAIMS WITH PREJUDICE**<br><br>Complaint Filed:   May 18, 2010<br>Counterclaims Filed:  Sept. 8, 2010<br>Trial Date:  Aug. 9, 2011 |

DOCSLA-66501v1
**Error! Unknown document property name.**

1   AND NOW, this 19TH day of April, 2011, pursuant to Federal Rule of Civil
2   Procedure 41(a)(2), and upon the Stipulation and Agreement of Plaintiff/Counterclaim
3   Defendant Serge Kraif; Counterclaimant Hubert Guez; and Defendants Hubert Guez;
4   Roxanne Guez; Yves Guez; 121 Capital Management, LLC; Diversified Apparel
5   Resources, LLC; JFJ Holdings, LLC; Guez Living Trust; and Big Sky Holdings, LLC, by
6   and through their undersigned counsel, it is hereby ORDERED that Plaintiff Serge
7   Kraif's Complaint and Defendant Hubert Guez's Counterclaims are both hereby
8   DISMISSED WITH PREJUDICE, in their entirety, against all parties.

BY THE COURT:

_Valerie Baker Fairbank_
_____
Hon. Valerie Baker Fairbank, J.


**BLANK ROME LLP**


By:_____/s/James T. Smith_____
        James T. Smith

*Attorneys for Plaintiff and Counterclaim Defendant*
*SERGE KRAIF*


**DICKSTEIN SHAPIRO LLP**


By:_____/s/James H. Turken_____
        James H. Turken

*Attorneys for Defendant and Counterclaimant*
*HUBERT GUEZ and Defendants ROXANNE*
*GUEZ, YVES GUEZ, 121 CAPITAL*
*MANAGEMENT, LLC, DIVERSIFIED APPAREL*
*RESOURCES, LLC, JFJ HOLDINGS, LLC, GUEZ*
*LIVING TRUST, and BIG SKY HOLDINGS, LLC*